IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DJINA CHRISTELLE MAURICE,

      Appellant,

v.

      Case No.  5D21-2269
      LT Case No. 48-2019-CF-3981-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 27, 2022

Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Ama N. Appiah, of Law Office of Ama N.
Appiah, St. Petersburg, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

COHEN, SASSO and TRAVER, JJ., concur.